**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**EDWIN APONTE** | **CRIMINAL ACTION**<br>**NO. # 25-227-1** |

**ORDER**

**AND NOW**, this 30th day of September, 2026, upon consideration of the Defendant Edwin Aponte's Motion to Dismiss Count 1 [Carjacking] (ECF No. 135), and the Government's Response in Opposition thereto (ECF No. 143), **IT IS HEREBY ORDERED** that Defendant's Motion is **DENIED**.

**BY THE COURT:**

**S/ WENDY BEETLESTONE**

**WENDY BEETLESTONE, C.J.**