**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**EDWIN APONTE** | **CRIMINAL ACTION**<br>**NO. # 25-227-1** |

# ORDER

**AND NOW**, this 30th day of September, 2026, upon consideration of Defendant Edwin Aponte's Motion to Dismiss Counts 2 and 3 [Kidnapping] (ECF No. 136), and the Government's Response in Opposition thereto (ECF No. 141), **IT IS HEREBY ORDERED** that Defendant's Motion is **DENIED**.

**BY THE COURT:**

**S/ WENDY BEETLESTONE**

**WENDY BEETLESTONE, C.J.**