**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**EDWIN APONTE** | **CRIMINAL ACTION**<br>**NO. # 25-227-1** |

**O R D E R**

**AND NOW**, this 8th day of October, 2026, upon consideration of Defendant's Motion to Suppress Evidence from Cell Phone (ECF No. 146), and the Government's Response in Opposition thereto (ECF No. 162), **IT IS HEREBY ORDERED** that Defendant's Motion is **DENIED**.

**BY THE COURT:**

**S/ WENDY BEETLESTONE**

**WENDY BEETLESTONE, C.J.**